**SO ORDERED.**

Ronald M. Horwitz, Esq., #005655
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Dated: June 03, 2009

Attorneys for Movant

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES ROBERT DYKSTRA and<br>GAIL USAN DYKSTRA<br><br>Debtors.<br><br>_____<br><br>WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>Movant,<br><br>v.<br><br>JAMES ROBERT DYKSTRA and<br>GAIL USAN DYKSTRA and<br>CONSTANTINO FLORES, Trustee,<br><br>Respondent. | Chapter 7<br><br>No: 2-09-bk-01735-CGC<br><br><br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payments and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 795, OF RANCHO SANTA FE PARCELS 16, 17 AND 18, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 458 OF MAPS, PAGE 22 AND AFFIDAVIT OF CORRECTION RECORDED AT 99-834737, OF OFFICIAL RECORDS.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 8th day of May, 2009, to:

JAMES ROBERT DYKSTRA
GAIL USAN DYKSTRA
12705 W. Lewis Avenue
Avondale, AZ  85392

THOMAS C. NICKEL
Faith, Ledyard & Nickel, PLC
919 N. Dysart Rd., Suite F
Avondale, AZ  85323

CONSTANTINO FLORES
P.O. Box 511
Phoenix, AZ  85001-0511

  s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012